IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| | | |
|---|---|---|
| Civil Action: | 23-cv-02896-CNS-NRN | Date: January 15, 2025 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| JEFFREY INEN | *David Meretta* |
| **Plaintiff** | |
| **v.** | |
| THE UNIVERSITY OF COLORADO | *Megan Clark* |
| | *Hermine Kallman* |
| **Defendant** | |

## COURTROOM MINUTES

**ORAL ARGUMENT**

Court in Session: 2:32 p.m.

Appearance of counsel.

Argument as to [23] Defendant's Motion for Summary Judgment Pursuant to F.R.C.P. 56 given by Ms. Kallman and Mr. Meretta with questions from the Court.

The Court makes findings of fact, conclusions of law. As outlined on the record it is

**ORDERED:** **[23] Defendant's Motion for Summary Judgment Pursuant to F.R.C.P. 56 is GRANTED in part and DENIED in part; granted as to the discrimination claim based on disability and retaliation, denied as to the failure to accommodate claim.**

**Parties are to attend a settlement conference with Magistrate Judge Neureiter and are to file a status report within five days of the conference.**

Court in Recess: 3:27 p.m.          Hearing concluded.          Total time in Court: 00:55